SEALED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 06-142 (ESH) |
| | : | |
| v. | : | **FILED** |
| | : | |
| TONY BALTON, | : | JUN 27 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

Upon oral motion of the Government, and for good cause shown, it is this 27th day of June, 2006, hereby ORDERED that the United States Marshals Service transport the defendant, Tony Balton, on the morning of June 28, 2006, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Detective Earl Delauder, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charges contained in the indictment returned against him in this case. Upon the completion of the booking process, Balton shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshals Service.

06/27/06

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:   Ann H. Petalas, Esq.
      Assistant United States Attorneys
      555 4th Street, N.W.
      Washington, D.C. 20530