UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                                                      Cr. No. 06-142 (ESH/JMF)

**TONY BALTON,**

      **Defendant.**

## DETENTION ORDER

The government having moved for the defendant's detention, and there being no objection thereto, **IT IS ORDERED** that the motion is granted and that the defendant is detained pending trial.

---

                **JOHN M. FACCIOLA**
                **UNITED STATES MAGISTRATE JUDGE**

June 29, 2006