UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CR. NO. 06-142-ESH |
| | : |
| v. | : Status Hearing:  8/10/2006 |
| | : |
| **TONY BALTON,** | : UNDER SEAL |
|     **Defendant** | |

### GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL, WITH NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to unseal all matters in the matter captioned above.  As grounds therefore, the government would note that there have been prior public proceedings in this matter, and that it was only through inadvertence that an earlier motion to unseal was not previously made by the government.

In addition, the government informs the Court that this matter is assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov.   Please consider this as the notice of appearance of AUSA Liebman on behalf of the United States.

James W. Rudasill, Jr., Esquire, counsel for defendant Tony Balton, has advised the government that the defendant does not oppose unsealing this case.

A proposed Order unsealing this matter is attached.

                                                        Respectfully submitted,

                                                        KENNETH L. WAINSTEIN
                                                        United States Attorney

                    By:         _____

                                                        Michael C. Liebman
                                                        Assistant United States Attorney
                                                        D.C. Bar No. 479562
                                                       555 Fourth Street, N.W., room 4231
                                                       Washington, D.C.  20530
                                                       353-2385

CERTIFICATE OF SERVICE

    I, Michael C. Liebman, an Assistant U.S. Attorney, hereby certify the foregoing, with proposed Order, was served on defendant Tony Balton by sending a true and correct copy of the same to James W. Rudasill, Jr., Esquire, his counsel of record, by first-class mail, postage prepaid, at 717 D Street, N.W., Suite 310, Washington, D.C. 20004, on June 19, 2006.

_____
Michael C. Liebman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CR. NO. 06-142-ESH |
| | : |
| v. | : |
| | : |
| **TONY BALTON,** | : UNDER SEAL |
|     Defendant | |

## **O R D E R**

The Court, having considered the Governments' Unopposed Motion to Unseal all matters in this case and finding it appropriate to do so, it is hereby ORDERED this _____ day of July 2006, that all matters in this case be unsealed.

 

_____
Ellen S. Huvelle
United States District Court Judge
 for the District of Columbia

copies to:

Michael C. Liebman (requested by)
Assistant United States Attorney
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
fax:  616-3782


James W. Rudasill, Jr., Esquire
717 D Street, N.W., Suite 310
Washington, D.C.  20004
fax:  628-2881