```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**        :   Cr. No. 06-142-ESH
                                    :
      **v.**                           :   Status Hearing:  8/10/2006
                                    :
**TONY BALTON,**                    :   UNDER SEAL
    **Defendant**                   :

                      O R D E R

Upon consideration of the government's motion to introduce evidence of other crime pursuant to rule 404(b), any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

                                            _____
                                            Ellen S. Huvelle
                                            United States District Judge

_____
date