UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 06-142-ESH |
| v. | : |
| TONY BALTON, Defendant | : UNDER SEAL |

**FILED AUG 0 8 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Court, having considered the Governments' Unopposed Motion to Unseal all matters in this case and finding it appropriate to do so, it is hereby ORDERED this __8__ day of ~~July~~ August 2006, that all matters in this case be unsealed.

__8/8/06__

__E S Huvelle__
Ellen S. Huvelle
United States District Court Judge
for the District of Columbia

copies to:

Michael C. Liebman (requested by)
Assistant United States Attorney
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
fax: 616-3782

James W. Rudasill, Jr., Esquire
717 D Street, N.W., Suite 310
Washington, D.C. 20004
fax: 628-2881