## Statement of Offense and Proffer in Support of Guilty Plea

On August 2, 2005, at approximately 2 p.m., defendant Tony Balton met with another individual on the stairway of 200 Fifty-fifth Street, N.E., Washington, D.C. During the meeting, the defendant provided the other individual with 27.4 grams of crack cocaine in exchange for $900 in U.S. currency.

On August 8, 2005, at approximately 1:30 p.m., defendant Balton met with another individual in a vehicle parked in 4500 block of Bowen Road, S.E., Washington, D.C. During this meeting, the defendant provided the individual with 56.5 grams of crack cocaine in exchange for $1800 in U.S. currency.

On August 17, 2005, at approximately 9 p.m., defendant Balton met with another individual in a vehicle parked in the 4500 block of Bowen Road, S.E., Washington, D.C. During this meeting, the defendant provided the individual with 49.6 grams of crack cocaine, in exchange for $1800 in currency.

FILED
NOV 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant's Acceptance of Statement of Offense / Factual Proffer**

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

date: 11-14-06                              _Tony Balton_
                                            Tony Balton, defendant

**Defense Counsel's Acknowledgment**

    I am Tony Balton's attorney. I have reviewed every part of this Statement of Offense and Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

11-14-06
Date

James W. Rudasill, Jr., Esquire
Attorney for Defendant Tony Balton