NOTICE OF APPEAL CRIMINAL

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| vs, | ] Criminal No. CR-06-142-01-ESH |
| TONY BALTON | ] |

**FILED**

FEB 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

<u>Name and address of appellant</u>: Tony Balton, 200 55th Street NE, Apt. 23, Washington, DC 20019

<u>Name and address of appellant's attorney</u>: James W. Rudasill, Jr. 717 D Street, NW, Suite 310 Washington, DC 20004

<u>Offense</u>: Count 1: Unlawful Distribution of 5 Grams or More of Cocaine Base, 21 USC Sec. 841(a)(1) And (b)(1)(B)(iii) - 5 years to 40 years confinement and a $2 million fine.

<u>Concise statement of judgment or order, giving date, and any sentence</u>: On February 2, 2007, Judge Ellen Segal Huvelle, imposed a sentence of 121 months, concurrent with the sentence imposed in DC Superior Court Case No. F2454-04, Fines waived, $100.00 Special Assessment; FOUR YEARS Supervised Release

<u>Name of institution where now confined, if not on bail</u>: Corrections Corporation of America- Central Treatment Facility, 1901 E Street, SE, Washington, DC 20019.

I, the aboved-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above stated judgment.

February 9, 2007
DATE

Tony Balton by jwr
APPELLANT

CJA, NO FEE  yes
PAID USDC FEE ____
PAID USCA FEE ____
ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal?    Yes/No
Has counsel ordered transcripts?    Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?    Yes/No