Feb 27, 2007
CR 06-142

To the Honorable Judge Ellenor Huvelle
Excuse the paper I'm writing on this is all I have
This is Tony Balton I was sentence in front of you on Feb. 2, 2007 to 10 yrs and this is really the first time I've did over 1 month in jail I feel like that was a little to much time and so I'm putting in a motion for a sentence Reduction I promise you if you will approve of this motion you will never have to worry about me getting into no more trouble my kid's really need me I don't want them to grow up like me without a father your Honor I'm so sure if you cut my time down you can put it on my probation sentence

Tony Balton

Please Grant me a Rule 35

Hope to hear from you soon

Let this be filed
ESH 2/28/07