UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 06-0142 (ESH) |
| TONY BALTON, | ) |
| Defendant. | ) |

### ORDER

The Court has received a letter from defendant, which it will construe as a motion for reduction of sentence. Under Federal Rule of Criminal Procedure 35(a), the Court lacks jurisdiction to reduce defendant's sentence. Defendant's motion is therefore **DENIED**.

However, the Court wishes to note that, when sentencing defendant, it did not consider the disparity in the Sentencing Guidelines between crack and powder cocaine. Following the sentencing in this case, the D.C. Circuit decided *United States v. Pickett*, --- F.3d --- (D.C. Cir. 2007). In light of *Pickett*, it appears that the Court's failure to consider the 100-to-1 ratio was erroneous, and therefore a remand for reconsideration of defendant's sentence would be appropriate.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: February 26, 2007