CR 06-142

FILED
MAR 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be filed
ESH 3/1/07

Dear, Honorable Judge Huvelle

I'm Tony Batton I was sentence Feb 2, 2007 to 10 yrs for a cocaine charge this is the second time I'm writing you before I was sentence I had my lawyer to inform you about the law that was in effect and 8 days later it became effective I am asking you can you please reconsider A sentence reduction please I have really put that life behind me my two little girls come to visit me and I can't stop myself from crying it's people in here who has taken lives with lesser time than me if you choose to take some of my time back you can put it on my supervise Release thats how sure I am about staying out of trouble My Family needs me I have A Step Father with cancer and I'm very Afraid something is going to happen to him while I'm in here I know you is going to give me A chance because the Good lord warned me I promise I won't let you, him or my Family down.

Thank You

Tony Batton