UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

*Let this be filed*
*ESH 3/2/07*

March 2, 2007

**FILED**
MAR 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Tony Balton
# 30788-007
Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20003

Dear Mr. Balton:

     I am in receipt of your recent letter. As indicated in the enclosed Order, which was issued on February 26, 2007, I am aware of the D.C. Circuit's recent opinion in *United States v. Pickett*. I am also informed that your appeal will be handled by the Federal Public Defender's Office, and they will be able to present your arguments on appeal. If you have any further concerns about your case, you should contact the Federal Public Defender's Office at (202) 208-7528.

                           Sincerely,

                           Ellen Segal Huvelle
                           United States District Judge

Enclosure

cc:    A.J. Kramer
       Court File

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-0142 (ESH) |
| | ) |
| TONY BALTON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court has received a letter from defendant, which it will construe as a motion for reduction of sentence. Under Federal Rule of Criminal Procedure 35(a), the Court lacks jurisdiction to reduce defendant's sentence. Defendant's motion is therefore **DENIED**.

However, the Court wishes to note that, when sentencing defendant, it did not consider the disparity in the Sentencing Guidelines between crack and powder cocaine. Following the sentencing in this case, the D.C. Circuit decided *United States v. Pickett*, --- F.3d --- (D.C. Cir. 2007). In light of *Pickett*, it appears that the Court's failure to consider the 100-to-1 ratio was erroneous, and therefore a remand for reconsideration of defendant's sentence would be appropriate.

**SO ORDERED**.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 26, 2007