UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.            ) | No. 1:06-CR-142-ESH |
| ) | |
| **TONY BALTON,**        ) | |
| ) | |
| **Defendant.**  ) | |

Government's Response to Defendant's Pro Se Motion
Pursuant to Rule 35(a) of the Federal Rules of Criminal
Procedure, and to Court's Order of February 26, 2007

The United States Attorney, by and through the United States Attorney for the District of Columbia, hereby responds to defendant's recent pro se motion for a sentence reduction, pursuant to rule 35(a) of the Federal Rules of Criminal Procedure, and to the Court's Order of February 26, 2007.

On February 2, 2007, the defendant was sentenced to 121 months in prison, the low end of the applicable guideline range of imprisonment for the offense of conviction. The government considers the defendant's motion, notwithstanding its untimeliness under the rule, to be a violation of the plea agreement in which the defendant agreed not to seek a sentence below the applicable guideline range of imprisonment, and not to suggest to the Court that it impose such a sentence. In addition, although the plea agreement does not foreclose the possibility of an appeal by the defendant, and the defendant has indeed appealed (docket number 07-3023), the government would consider any defense argument on appeal that the defendant should

have received a sentence less than the applicable guideline range, or that this Court somehow erred by purportedly not considering such a sentence, also to be a violation of the plea agreement.

As the Court has indicated in its recent Order that a remand from the Court of Appeals is necessary for reconsideration of the defendant's sentence, the government wishes to be heard further if and when there is such a remand.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          United States Attorney

                                /s/
           by: _____
                Michael C. Liebman
                Assistant United States Attorney
                D.C. Bar No. 479562
                555 Fourth Street, N.W., room 4231
                Washington, D.C.  20530
                353-2385
                michael.liebman@usdoj.gov

cc:   Tony Balton
     #30788-007
     Correctional Treatment Facility
     1901 E Street, S.E.
     Washington, D.C.  20003

cc:   A.J. Kramer, Esquire
     Federal Public Defender
     625 Indiana Avenue, N.W., Suite 550
     Washington, D.C.  20004