**FILED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Let this be filed ESH 4/10/07*

Dear Judge Huvelle,      06CR142

This is Tony Balton and I'm writing you because I got your letter and I thank you for giving me another chance to come in front of you I think about what I did and I know it was wrong However I did think that 121 mths was intirely to much time and I'm greatful that the good lord gave you enough strength to reconize that I think about my Family everyday I grew up without A Father I know how it feel I have two daughters I really need to be home with them my Mother getting old She has High Blood Pressure I cry some nights your Honor I promise you if you give me another chance in the world with my Family I promise you my face will never be seen again in anybodys courtroom I'm quite sure this is not the first time you heard this your honor trust me you can put me on probation for 10 years thats how sincere I am

Thank You

Can you please mail me my next court date