UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

April 10, 2007

**FILED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 06-142

Mr. Tony Balton
Register No. 37885007
Unit A&O 5811
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

Dear Mr. Balton:

      I am in receipt of your recent letter. As indicated in the Court's Order of February 26, 2007, the Court can reconsider your sentence only if the D.C. Circuit remands the case for that purpose. No date can be set unless the case is remanded to me by the Circuit Court. It is my understanding that the Federal Public Defender's Office is handling your appeal. If you have any further questions about your case, you should contact the Federal Public Defender's Office at (202) 208-7528.

                    Sincerely,

                    Ellen Segal Huvelle
                    United States District Judge

Enclosure

cc:    A.J. Kramer
       Court File