UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

March 25, 2008

Let this be filed
ESH
3/25/08

Mr. Tony Balton
No. 37885-007
Federal Correctional Institution
Fort Dix, NJ 08640
P.O. Box 2000

**FILED**

MAR 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  Criminal Action No. 06-0142

Dear Mr. Balton:

    I am in receipt of your recent letter. I have forwarded it to A.J. Kramer, the Federal Public Defender who is representing you in this matter, and I would expect that he will continue to assist you to obtain a resentencing in this case.

Sincerely,

Ellen S Huvelle

Ellen Segal Huvelle
United States District Judge

Enclosure
cc: A. J. Kramer