USA v. TONY BALTON
06-142 (ESH)

Attachment

The Honorable Judge Huvelle,

This is Tony Balton I'm writing you because I was sentenced in front of you 2-2-07 I was sentenced to 121 months I could tell you didn't want to sentence me to that much my mandatory minimum was five years so I put in a motion for a sentence reduction and I was denied then on the same letter you said I was not sentenced under the 100 to 1 ratio and a reconsider of a new sentence would be appropriate and you ordered it now my lawyer has informed me that I signed a plea agreement stating that if they don't ask for enhancement then I can't appeal and ask for anything under my guidelines I don't want to come back in front of you because from my understanding I could get more time but I don't recall my lawyer reading over that part of the plea agreement with me, I don't want to make matters worst so I had AJ Kramer to take the motion for appeal out from my understanding every sentence is under your discretion so I'm asking you can you please help me my family needs me I am a changed man.

Thank You

**FILED**

MAR 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tony Dalton
37885-007
FCI Fort Dix, NJ 08640
PO Box 2000

United States District Court for the District of Columbia
Chambers of Ellen Segal Huvelle
333 Constitution Avenue, NW
Washington, DC 20001

MAR 21 2008