IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | CR. NO. 06-142 (ESH) |
| **TONY BALTON,** | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), defendant Tony Balton, through undersigned counsel, respectfully moves this court to reduce his sentence of 121 months incarceration to a term of 100 months.

On February 2, 2007, the court sentenced Mr. Balton to a 121-month term of incarceration on the charge of distribution of five grams or more of cocaine base, 21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii). This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 121 to 151 months (criminal history category IV, offense level 29). The court sentenced Mr. Balton to a term of incarceration at the bottom of that range. Mr. Balton is currently serving that sentence.

Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine. U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007). Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of

imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements issued by the Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

The amendments reduce the sentencing guidelines range applicable to Mr. Balton to 100 to 125 months (criminal history category IV, offense level 27). A sentence at the bottom of the new range would reduce Mr. Balton's sentence by 21 months.[1]

Mr. Balton filed an appeal from the court's sentence. Pursuant to a joint motion of the parties, the court of appeals ordered the case held in abeyance pending the proceedings regarding the filing of this motion. Because an appeal is pending, if this Court indicates that it will grant Mr. Balton's motion, the parties intend to ask the court of appeals to remand the case to this court for resentencing. A proposed order accompanies this motion.

Undersigned counsel has consulted with Assistant United States Attorney Robert Okun, who represented that the government does not oppose this motion.

---

[1] In this motion, Mr. Balton is seeking a reduction only to the bottom of the amended guidelines range. At the February 2, 2007, sentencing, Mr. Balton's counsel alluded to the crack/powder sentencing disparity. The court, while stating that the disparity "raises all kinds of serious concerns," did not "believe in this particular instance that it gives me grounds to vary."

Subsequently, Mr. Balton sent a pro se motion for reduction of sentence to the court. On February 26, 2007, the court denied the motion, but indicated in its order that in light of United States v. Pickett, 475 F.3d 1347 (D.C. Cir. 2007), the "failure to consider the 100-to-1 ratio was erroneous, and therefore a remand for reconsideration of defendant's sentence would be appropriate." Mr. Balton's plea agreement, however, precluded either he or the government from seeking a "departure or adjustment from the guidelines range." Thus, in this motion Mr. Balton is only requesting a sentence at the bottom of the range.

WHEREFORE, for the foregoing reasons, Mr. Balton respectfully requests that the court reduce his sentence from a 121 month term of imprisonment to term of 100 months, upon remand of the case by the court of appeals.

    Respectfully submitted,

    _____"/s/"_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, the foregoing Motion To Reduce Sentence and Order Regarding Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) were served by hand-delivery to a box in the Clerk's Office designated for the United States Attorney's Office upon Robert Okun, Assistant United States Attorney.

      \_\_\_\_\_"/s/"_____
      A.J. Kramer