**IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | CR. NO. 06-142 (ESH) |
| **TONY BALTON,** | : | |
| **Defendant.** | : | |

**ORDER**

Defendant has filed an unopposed motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2). It is the court's intention to grant this motion if the case is remanded to this court by the court of appeals.

DATED:              , 2008.

                                         ELLEN S. HUVELLE
                                         UNITED STATES DISTRICT JUDGE