IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO. 06-142 (ESH) |
| | ) |
| **TONY BALTON,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, hereby enters his appearance on behalf of the defendant in this case.

Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

"/s/"
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500