IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CR. NO. 06-142 (ESH) |
| TONY BALTON, | : | |
| Defendant. | : | |

FILED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Defendant has filed an unopposed motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2). It is the court's intention to grant this motion if the case is remanded to this court by the court of appeals.

DATED: April 14, 2008.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE