ORIGINAL

COPY

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-3023

September Term 2007

06cr00142-01

**Filed On:**

United States of America,

    Appellee

v.

Tony Balton, also known as PYE,

    Appellant

*Remand*

**FILED**

MAY 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the joint motion to govern and to remand case, it is

**ORDERED** that the motion be granted, and that this case be remanded to the district court for further proceedings.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

        BY: /s/

                      Deputy Clerk

True copy:
United States Court of Appeals
the District of Columbia Circuit